# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

**FILED**

**09/01/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

———————————————————— )
Dmt MacTruong, NARAL Pro-Choice America, )
ACLU of Indiana, Dave Ricks, Dr. Caitlin Bernard, )
Phil GiaQuinta, Eddie D. Melton, Jennifer Drobac, )
Ann Vermilion, John Jacob, Elizabeth Nash, )
Kamala Harris, Nancy Pelosi, Rudy Giuliani, )
Michael  R. Pence, Liz Cheney, Sarah Palin, )
Adam Kinzinger, Mackenzie Scott, George Soros, )
Joe Biden, Jerry Nadler, Carolyn Maloney, )
                     Plaintiffs, )
   -AGAINST- )
                        )
Eric Holcomb, Rodric Bray, Todd Huston, )
John Young, Suzanne Crouch, Todd Rokita, )
Virginia Thomas, Brett Kavanaugh, Neil Gorsuch, )
Amy Barrett, Samuel Alito, Clarence Thomas, )
John Roberts, Donald J. Trump, )
               Defendants )
———————————————————— )

**ACTION CIV No.**    1:22-cv-1750-TWP-DLP

**JUDGE:**

# PLAINTIFFS' COMPLAINT
### AGAINST DEFENDANTS ACTING IN CONCERT UNDER COLOR OF STATE LAWS TO VIOLATE PLAINTIFF MACTRUONG'S COPYRIGHTED ORIGINAL INTELLECTUAL PROPERTIES ENTITLED "THE CCO NETWORK," AND CAUSE MASS MURDERS, AND/OR IMMENSE HUMAN SUFFERINGS, PARTIALLY RE-ESTABLISH SLAVERY, RECKLESSLY ENDANGER AND AGGRAVATEDLY VIOLATE CHILDBEARING-AGED WOMEN AND THEIR LOVED ONES' CONSTITUTIONAL RIGHTS TO LIFE, LIBERTY, PROPERTY, PRIVACY, AND HAPPINESS, WHICH UNDISPUTEDLY INCLUDE THE RIGHT AND FREEDOM OF CHOICE TO ENJOY SEX IN ALL PRIVACY AND/OR TO SELECTIVELY REPRODUCE TO ENSURE THE SURVIVAL OF THE HUMAN RACE, AND TO ABSOLUTELY OWN AND CONTROL THEIR LIVES AND BODIES TO PURSUE HAPPINESS, WHICH RIGHTS ARE GUARANTEED BY THE U.S. CONSTITUTION AS BEING RIGHTLY UPHELD BY SCOTUS IN *ROE v WADE.*

Dmt MacTruong, also known as Dr. Mac Truong, Plaintiff *pro se*, and other persons of similar situation and standing, affirm and certify as follow:

1

1. In a nutshell, the Plaintiffs herein are all fervent patriotic U.S. citizens. Many of us have been formally sworn in to defend and protect the U.S. Constitution that has been adopted by *WE THE PEOPLE* at the price of our lives and/or fortunes if required by law. As such, we believe in all rational good faith that the laws of this country may not be made and enforced by a group of legally uneducated and irresponsible politicians or judges such as the Defendants herein. We also believe that America is a nation of law and nobody, including God, if he or she or it exists, or human Defendant Donald J. Trump, [See, SIDENOTE 1], is above the law.

2. Plaintiffs herein also have evidence admissible in a court of law that individually and/or collectively, Defendants herein have abused the respective positions they currently occupy in the three branches of our government both federal and State by intentionally making material misrepresentations of fact or legal conclusions, to hold themselves and/or their specific groups as being actually and wrongfully above the law.

3. Plaintiffs herein also believe that not only this Court has the necessary jurisdiction and power but also the constitutional and legal duty to adjudicate the instant complaint in favor of Plaintiffs, i.e., finding and/or declaring and/or recommending to proper authorities to further criminally investigate Defendants' criminal misconduct that includes no less than actual or attempted mass murder, violation of plaintiff MacTruong's copyrighted original intellectual properties entitled "The CCO Network," and causing immense human sufferings, partial re-establishment of slavery, reckless endangerment and aggravated violation of childbearing-aged women and their loved ones' constitutional rights to life, liberty, property, privacy, and happiness.

4. Plaintiffs herein further believe that the abovementioned constitutional basic natural rights undisputedly include the right and freedom of choice to enjoy sex in all discretion and privacy and/or to selectively reproduce to ensure the survival of the human race, and to absolutely own and control our lives and bodies to pursue happiness, are definitely guaranteed by the U.S. Constitution to all as being rightly upheld by SCOTUS in *Roe v Wade*.

5. **[SIDENOTE 1:** Plaintiff MacTruong herein voted twice for Defendant Donald J. Trump to become the 45th President of the U.S.A. I helped him twice from being impeached. Once, I wrote to him an email telling him in substance to shut up on the scandalous issue of whether he had used campaign funds to pay Stormy Daniels. He did listen but Giuliani did not and continued. I wrote another email to Giuliani telling him to shut up also. He finally did and as we all know, the scandal was forgotten. The second

impeachment attempt by Congress was abandoned mainly because of my known winning argument that was listened to by all Republicans and many Democrats that it makes no sense as a matter of law to try to impeach, i.e., stop a former President, hence a regular citizen, from continuing to be President, even though we can certainly investigate and/or prosecute him for such criminal misconduct as the Jan. 6 Insurrection. I know my influence on Defendant Trump because I text and/or email with him, his family, and his group daily sometimes several times a day, and I have friends who are part of the media in Congress informing me of the impact of my email messages.]

6.  Plaintiffs herein exercise our constitutional right under the First Amendment to respectfully move this noble Court to grant relief to all or any part of our causes of action in the instant complaint that the Court may find meritorious or helpful to preserve the American Republic and Democracy.

7. In a nutshell, Plaintiffs herein complain that Defendants herein are members of a radical Christian white supremacist conservative group who are quietly or overtly racist toward black or colored Americans, and misogynists. They do love women passionately in their own way but certainly, they do not trust that women are equal to men or capable of making the "right" decision when it comes to an important issue like abortion.

8.  Plaintiffs have undisputed evidence showing that directly or indirectly Defendants herein have acted in concert with one another and under the lead of Defendant Donald J. Trump to achieve their alleged MAGA (Make America Great Again) goal, in egregious violation of **18 U.S.C. § 371,** which creates an offense in the event *"two or more persons conspire either to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose,"* and many other applicable provisions of the U.S. Criminal Code.

9. Upon information and belief, MAGA movement tries to restore some of American pre-Civil War moral values that would subtly keep black Americans and women in an inferior status.

10.   In this civil action, the specific issue for which this Court can and has a duty under the Constitution and existing federal laws to grant Plaintiffs appropriate relief is a finding that Indiana anti-abortion legislation is unconstitutional and as such annulled and voided and of no effect whatsoever to prevent a woman from having a safely induced miscarriage when she wants it. It is agreed to by Plaintiffs herein that such right of choice would be limited to pre-viability fetuses as clearly spelled out in *Roe v. Wade,* that this Court has all the constitutional and legal rights to re-declare law of the land while rejecting outright *Dobbs v. Jackson* ruling as error intentionally committed by 6 of the defendants

SCOTUS justices herein due to their prejudices and biases as members of a radical Christian White Supremacist political group better known as MAGA under the leadership of Defendant Donald J, Trump.

11.    **BOTTOM LINE:** The most difficult but provable beyond a reasonable doubt that the Defendants herein as members of MAGA movement are criminals and traitors to the U.S. Constitution is Defendant SCOTUS **Samuel Alito has successfully reversed *Roe v. Wade* and replaced it with *Dobbs v. Jackson* by calculatedly making the material misrepresentation of fact or controlling legal authority that the U.S. Constitution does <u>not</u> overtly provide a right to abortion as it does with the right to wear arms.** As such, if this Court finds that **(i)** a CBA woman's constitutional rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS imply her right not to be subject to deadly reckless endangerment but to have a safely induced miscarriage by competent medical professionals at her free choice, and **(ii)** the 14th Amendment of the  U.S. Constitution does not permit federal or State lawmakers to discriminate against women by finding them unfit to decide in family and with doctors of their choice whether they should get a safely induced pre-viability miscarriage, then definitely, all relief sought by plaintiffs in our instant complaint is available as a matter of law and should be granted.

## JURISDICTION AND VENUE

12.    This is a civil action by Plaintiff Dmt MacTruong *pro se* herein for a declaratory judgment to recover civil damages, <u>without seeking any criminal sanctions</u>, from Defendants herein, who have committed offenses, commonly known as violations of Plaintiff's copyrights pursuant to **17 U.S. Code § 102 - Subject matter of copyright in general;** and/or criminal conspiracies in violation of **18 U.S.C. § 371,** which creates an offense in the event *"two or more persons conspire either to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose."* (Emphasis added). *See* Project, *Tenth Annual Survey of White Collar Crime*, 32 Am. Crim. L. Rev. 137, 379-406 (1995) (generally discussing § 371).

13.    **This U.S. District Court has subject-matter jurisdiction over this civil action pursuant to 28 U.S.C. §1331,** which grants **federal district courts** original subject-matter jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States" including but not limited to **17 U.S. Code § 102 and/or 18 U.S.C. § 371, 10 U.S.C. § 921 - Art. 121;** or any applicable provision

of the U.S. Constitution and/or relevant controlling federal legal authorities such as 05-0552 **Right to Privacy Act**; 17-0501 & 17-0504 & 28-1338 **Infringement of Copyright**; 18-0241 **Conspiracy v. Citizen rights**; 28-1331v **Violation of 1st, 4th, 5th & 8th Amendments**; 28-1343 & 28-1981 & 28-1983 **Violation of Civil Rights**; 05-552 ht to Privacy Act; 17-0501 & 17-0504 & 28-1338 **Infringement of Copyright**; 18-0241 **CoConspiracy v. Citizen rights**; 28-1331v **Violation of 5th & 8th Amendments**; 28-1343 & 28-1981 & 28-1983 **Violation of Civil Rights.**

14.   **Venue is proper in this Court pursuant to 28 U.S.C. 1391(b) and (c)** since all the defendants herein are residing and/or doing business in the U.S. State of Indiana.

15.   Additionally, most of the events, circumstances, and/or actions such as acting in concert to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose, and/or to violate Plaintiff MacTruong's copyrights, and/or other Civil Rights occurred mainly in the U.S. State of Indiana.

16.   Finally, upon information and belief none of the Defendants herein would object to the venue of this Court, which is not inconvenient for them to attend, viewing that all court filings or appearances will be done by submission of papers and/or virtual hearings to be directed and scheduled by the Court.

# THE PARTIES

### (a)
### THE PLAINTIFFS

17. **Dmt MacTruong**, also known as Dr. Mac Truong, and/or DMT God 3.0, Plaintiff *pro se*, is over 78 years of age. I am a philosopher with my own original philosophy entitled **Absolute Relativity**, meaning absolutely everything, including truth, falsehood, existence, inexistence, life, death, the universe, absolute, relativity, God, heaven, hell, good, evil, Aristotelian principle of non-contradiction and motion of non-null masses, is relative, hence a contradiction in term, which is however not absolutely but only relatively untrue. "Absolute Relativity" is the title and sole topic of the 414-page thesis of my 1972 Ph.D. diploma in Philosophy at the Faculty of Letters and Human Sciences, Paris-Sorbonne-Pantheon University, France.

18.   Sorbonne Professor of Philosophy Pierre Aubenque, who sponsored my doctoral thesis admiringly said that Absolute Relativity is the ultimate goal of traditional Philosophy to discover absolute truth on the zodiac from Socrates, Plato, and Aristotle, then to Descartes, Kant and Hegel. Finally, Mac Truong discovered it and built it

into an indisputable system of thought that no one can argue against to teach all humankind, except the careless uneducated, how to think, speak and act appropriately to start a new era, the Absolute Relativity Era, based on a new way of reasoning, communicating and acting together so that the educated part of humanity could progress in freedom and creativity without violence or cheating.

19. Plaintiff Mac Truong was born in Bac Ninh near Hanoi, North Vietnam. In 1953 I flew to Dalat, Center of Vietnam to study. In 1954, I flew back to Hanoi. Then as a result of the division between North and South Vietnam at that time, I permanently moved South to live as a young student in Saigon. In 1963, I flew to France to have my college education. There, I studied hard in the fields of my choice. In June 1968, I obtained my bachelor's degree in law from the University of Montpellier in Southern France on the shores of the Mediterranean. In October 1968, two bachelor's degrees in Philosophy and Psychology from the University of Montpellier. On June 6, 1969, a master's degree in Philosophy. October 1969 a master's degree in Psychology at the Sorbonne, Paris-Panthéon. On December 12, 1970, I was awarded a master's degree in Public Law. In July 1971, as hereinabove mentioned, I completed my 414-page Doctor of Philosophy thesis entitled "La Relativité Absolue", at the University of Paris-Sorbonne-Panthéon. In June 1973, I obtained the highest and most respected academic diploma in law in France, aka, the Juridical Science Doctorate (J.S.D.) in International Public Law (Docteur d'Etat en Droit) with a 385-page thesis entitled "L'Éthique du Droit International Public" at the Faculty of Law, Paris-Sorbonne-Panthéon University, France.

20. The most respected of his time French International Public Law professor Paul Reuter (1911-1990), who graded my said doctoral thesis entitled "L'Éthique du Droit International Public," commented that he valued the immense diverse culture I had exhibited in my thesis and my inventive genius to put them all together in one united coherent international legal system. [See, SIDENOTE 2]

21. [SIDENOTE 2: My foregoing 414-page Ph.D. thesis in Philosophy in French at the Sorbonne, and 383-page J.S.D. thesis in International Public Law in French will be emailed to any interested party free of charge by email upon request to dmtgod3.0@aol.com. Also, the remarkable life of European famous philosophy Professor Pierre Aubenque, and that of world-famous International Public Law professor Paul Reuter (1911-1990) are available online by just typing in their respective names for all to review and be impressed by my correct choice of whom to learn from to get the best world-caliber education available before going completely free and creative on my own.]

22. In 1980, Plaintiff Dmt MacTruong enrolled in an LL.M. International Public Law program, at the New York University School of Law, Manhattan, New York, before successfully passing the Bar Exam of the State of New York. **I was sworn in as an NYS attorney at law on February 17, 1982, in Brooklyn, New York.**

Thereafter, I practiced law for more than 20 years in Manhattan, New York. I handled successfully more than 20,000 lawsuits of all types and nature at all levels of the court system, both state and federal. In 1993, upon my request, more than 12 U.S. Senators including Patrick Daniel Moynihan, Frank Lautenberg, and Joe R. Biden, Jr., recommended me to then-President Bill Clinton to become an associate justice of the U.S. Supreme Court.

23.    Despite Plaintiff's full-time legal practice, I have further been a patented inventor and author of many published books in three languages: Vietnamese, French, and English, including the **2000-page GOD ALMIGHTY'S THE GOD FACTOR, available on Amazon since 2017.** I am presently planning to publish my 5000-page book entitled "Superhumankind in Action The Book" to be distinguished from my already published 4-hour full-featured movie "Superhumankind in Action The Movie" that can be seen by all interested people online by just typing in any Internet browser "DMTMOVIE.COM." Many of those who watched it called and told me that it was the most entertaining, positive, and educational movie ever they had seen. But I guess critics and many viewers do not want to either praise or irrationally put my movie down without even watching it because doing so would certainly create a so overwhelming intellectual revolutionary firestorm that will put an end worldwide to the historic two-thousand-year Judeo-Christian philosophical, theological, moral, legal, social, and cultural dominance, something many pro-Jewish and White Christian Supremacists are surely not prepared to now see become a reality. Indeed, it would be practically impossible for this tremendous very proud, and self-righteous Judeo-Christian audience, who have been brainwashed for more than three millennia by Mosaic God 1.0's teaching and two thousand years of Christian God 2.0 propaganda in a rough total, just to see how a reform of such magnitude by a non-Judeo-Christian born thinker, like Dmt God 3.0 Plaintiff herein, could actually not lead to a violent disastrous end of the world by wars and climastrophes, as predicted in Jesus God 2.0's Gospel, but instead to the beginning of a new non-communistic and non-Judeo-Christian era of peace, science, justice, equality, freedom, reason. balance, harmony, happiness, and creativity for all humankind, aka the Absolute Relativity Era.

## WHY WAS NEW YORK STATE ATTORNEY MAC TRUONG INCORRECTLY DISBARRED IN 2005 BY THE NYSC?

In 2005 the New York Supreme Court suspended me as an attorney at law on the alleged grounds that I had been overly aggressive and had a history of filing frivolous lawsuits and disobeying court orders. *[See, Attached or Online.]* This determination has drastically changed my life and

tarnished my otherwise great reputation, **and no U.S. Senators support me to sit at SCOTUS anymore.** It requires as such some fair and just public correction. In 1995, I commenced a civil action in the New York Supreme Court, New York County, against 10 former South-Vietnamese oceangoing shipping companies known as Vishipco Lines and Charles Schwab & Co. for having acted in concert to convert about $5M in my 5 personal and 3 corporate accounts at Schwab plus $150M for punitive damages because of their such egregious criminal misconduct, consisting the arbitrarily taking all assets in my accounts under my name and absolute control for a continuous period of about 20 years without my permission or court order. Due to the defendants' powerful and malicious defense, said original action multiplied into no less than a dozen in several State and Federal Courts at all levels including **USCA2, USCA3, and SCOTUS,** involving not only the original defendants but also many State and Federal Court judges, whom I sued for obvious judiciary misconduct such as making material misrepresentations of fact to rationalize adverse decisions against me and help my adversaries convert hundreds of millions of dollars from me.

Those actions lasted from 1995 to 2014, i.e., 10 years prior to my disbarment in 2005 and 9 years thereafter. As seen in the Disbarment Order, *[See, Attached or Online.]* my misconduct warranting my disbarment was nothing but conclusory findings by the Court alleging in substance that I was of extreme bad faith and would not accept an adverse court finding or order until after I would have exhausted all judiciary remedies in the highest court of the land, such as the New York State Court of Appeals or SCOTUS, and/or filed actions and/or complaints against the presiding or trial judges themselves or referees for making conclusory false findings of fact and/or incorrect controlling legal authorities, and/or improper method of reasoning to permit my adversaries to escape their accountabilities and literally abscond with my hard-earned monies. Patently, such type of my vigilant litigation reaction to adverse court orders did not please my opponents or judges. As such, my attorney license ended up being revoked. *[See, Attached or Online.]* Interestingly, ***MacTruong et al. v. Kevin Stitt et al.* in the USDC-OWD Docket No. 5:22-cv-491-R** and/or ***MacTruong et al. v. DeWine et al.* in the USDC-SDO Docket No. 2:22-cv-2908 (MHW)** are two most recent typical illustration of how my honest fight for justice can be distorted by my crooked adversaries and half-legally educated judges and even by uninformed prejudiced media, and I end up being portrayed as a frivolous and sanctionable litigant. Needless to say, they are lacking proper legal education.

In any event, upon my motion, on May 12, 2005, the **USCA3** issued an order declaring that the alleged ground of the 2003 NYSC suspension of my attorney license, to wit, my <u>alleged</u>

submission of a forged lease agreement in *Broadwhite v Truongs* was null and void, and enjoining parties and non-parties from referring to it to libel or defame me and my wife or be held in contempt of court. *[See, Injunction Order and Comments, which are voluminous but will be served free of charge by email upon request to dmtgod30@aol.com.]* Also, on June 5, 2007, the incumbent SCOTUS Justice Sonia Sotomayor, then a USCA2 Judge granted my motion to vacate the prior USCA2's automatic collateral disbarment order based on the NYSC 2005 original Disbarment order. As a result, even though I was disbarred by the NYSC in 2005, I was not by the USCA2 in 2007, and have never been. *[See, Vacatur Order and Comments, which are voluminous but will be served free of charge by email upon request to dmtgod30@aol.com..]*

**CONCLUSION**: My 2005 Disbarment by the NYSC was not evidence of any of my dishonorable conduct as an attorney at law or as a person. It was determined by both the USCA2 and USCA3 to be groundless as a matter of fact and law. In any event, the 7-year period of suspension of my license on August 11, 2005, expired on August 10, 2012, i.e., more than 10 years ago, with all that this may imply, which for one thing is **nobody can refer to it to harm my credibility on anything I may say or do unless they have admissible evidence in support or wish to be held in contempt and sanctioned by the USCA3.**

24.    Finally, Plaintiff MacTruong has been a patriotic U.S. citizen for the last 42 years. I was solemnly sworn in under oath on November 12, 1980, to do anything within my power and the limits of the U.S. Constitution and reasonable laws to protect the full interest of the United States of America with all the people therein. I can assert right herein with pride under the penalty of perjury that I have taken my oath to protect and defend the U.S. Constitution much much more seriously than Defendant Donald J. Trump or any other Defendant herein.

25.    Plaintiff *pro se* MacTruong resides in the U.S. State of New Jersey and maintains an office at 875 Bergen Avenue, Jersey City, NJ 07306. Phone Number (914) 215-2304.

26.    **NARAL Pro-Choice America**, a Plaintiff herein, is a legal entity, maintaining an office at 1725 Eye Street NW, Suite 900, Washington, DC 20006, Phone: 202.973.3000 Fax: 202.973.3096. We are strong human rights activists. We are very concerned about the adverse effects of Indiana anti-abortion legislation on childbearing-aged women and their providers of necessary medical services. We join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, we reserve our right to withdraw or serve our own complaint and/or other appropriate pleadings in the event the instant

9

complaint could be deemed in conflict with our personal interest and/or that of any legal entity we may relate to if we deem it fit.

27.    **ACLU of Indiana, a Plaintiff herein, is a legal entity,** maintaining an office at 1031 East Washington Street, Indianapolis, IN 46202.  We are strong human rights activists.  We are very concerned about the adverse effects of Indiana anti-abortion legislation on childbearing-aged women and their providers of necessary medical services.  We find it a "cruel, dangerous bill."  We join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily.  However, we reserve our right to withdraw or serve our own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with our personal interest and/or that of any legal entity we may relate to if we deem it fit.

28.    **Dave Ricks, CEO** of **Lilly Corporate Center, Indianapolis, Indiana, 46285.**  I am a strong human rights activist.  I am very concerned about the adverse effects of Indiana anti-abortion legislation on childbearing-aged women and their providers of necessary medical services. Because of this law, "We will be forced to plan for more employment growth outside our home state."  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily.  However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of any legal entity I may relate to if I deem it fit.

29.    **Dr. Caitlin Bernard, a member of IU School of Medicine, 340 West 10th Street, Fairbanks Hall, Ste 6200, Indianapolis, IN 46202-3082.**  I am very concerned about the adverse effects of Indiana anti-abortion legislation on childbearing-aged women and their providers of necessary medical services like myself.  In a recent interview with The New York Times I was quoted as saying: "Physicians who provide abortion have been harassed, they have been murdered," "And for too long, I think, because of that, they've had to be silent to protect their families, and it's created an idea that we're doing something wrong or something illegal. And we're not. And I feel compelled to say that."  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily.  However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of any legal entity I may relate to if I deem it fit.

30.    **Rep. Phil GiaQuinta, a Plaintiff herein, is a Representative of Indiana House of Representatives, 200 W Washington St., Indianapolis, IN 46204.**  When the Bill was put on a vote in the House, I was against it and said: "Judging by the results I saw in Kansas the other day, independents, Democrats, and Republicans by

their votes demonstrated what is most important to them, and me, and that is our <u>personal freedoms and liberty</u>."
I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right
to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint
could be deemed in conflict with my personal interest and/or that of any legal entity I may relate to if I deem it
fit.

31.    **Senator Eddie D. Melton, a Plaintiff herein, is a Senator of Indiana Senate, 200 W. Washington St.,
Indianapolis, IN 46204.** I represent parts of northwest Indiana. In my opinion, the bill on the Senate floor the
other day "was a rushed process and a power grab."  I join and support Plaintiff *pro se* Dmt MacTruong's instant
complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other
appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest
and/or that of any legal entity I may relate to if I deem it fit.

32.    **Prof. Jennifer Drobac,** a Plaintiff herein, is a teacher at **McKinney School of Law**, 340 W. Michigan
Street, Indianapolis. IN 46202. I was concerned about the speed at which the bill was passed and the relatively
short window for the public to debate its implications. I believe that "Law made in haste is often bad law. This
highlights the fact that these guys are not anticipating how unworkable this legislation will be. This is going to
impact thousands of people who get pregnant in Indiana alone." I join and support Plaintiff *pro se* Dmt
MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint
and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal
interest and/or that of any legal entity I may relate to if I deem it fit.

33.    **Rep. Ann** Vermilion, a Plaintiff herein, is a Representative of Indiana House of Representatives, 200 W
Washington St., Indianapolis, IN 46204. **I am a proud Republican, like Plaintiff Dmt MacTruong, but I
thought the legislation went too far, too quickly.** "The U.S. Supreme Court made the decision to move the
abortion rights to the state level, which has peeled an opinion on the details of abortion, showing layers and layers
of such a difficult topic that, I, myself, wasn't prepared for."  I join and support Plaintiff *pro se* Dmt MacTruong's
instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other
appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest
and/or that of any legal entity I may relate to if I deem it fit.

34.    **Rep. John Jacob, a Plaintiff herein, is a Representative of Indiana House of Representatives,** 200 W
Washington St., Indianapolis, IN 46204. **I am a** Republican but "I voted against the bill. "Republicans campaigned
that they are pro-life. Pro-life means for life. That is not just some lives. That means all." I join and support Plaintiff
*pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own

complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of any legal entity I may relate to if I deem it fit.

35.    **Kamala Harris, a Plaintiff herein, is the incumbent Vice President of the U.S.A.,** residing at The White House, 1600 Pennsylvania Avenue, N.W., Washington, DC 20500.  I am a strong human rights activist. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of any legal entity I may relate to if I deem it fit.

36.    **Joe Biden, aka, Joseph R. Biden, Jr., a Plaintiff herein, is the incumbent President of the United States of America.** I have an office in The White House, 1600 Pennsylvania Avenue, N.W., Washington, DC 20500.  I am a strong human rights activist. I am right now trying my best to do anything in my constitutional and legal power to neutralize the disastrous impact of any current State anti-abortion legislation. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of any legal entity I may relate to if I deem it fit.

37.    **Nancy Pelosi,** a Plaintiff herein, is a Congresswoman and Speaker of the U.S. House of Representatives, and a human rights activist. I maintain an office at 1236 Longworth H.O.B., Washington, DC 20515.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

38.    **Rudy Giuliani,** a Plaintiff herein, is a former mayor of New York City, and a human rights activist. I maintain an office at Rudy Giuliani, C/o Partners LLC, 5 Times Square, New York, NY 10036. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

39.    **Michael R. Pence,** a Plaintiff herein, is a former Vice President of the U.S.A. and a human rights activist. I maintain an office at 4750 North Meridian Street, Indianapolis, IN 46208. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

40.    **Liz Cheney,** a Plaintiff herein, is a U.S. Congresswoman and human rights activist. I maintain an office at 416 Cannon House Office Building, Washington, DC, 20515-5000. Phone: (202) 225-2311. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve

my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit. I do hereby further encourage any party having a legitimate interest in this matter to move the Court to allow them to intervene to have their voices heard in this litigation, which concerns the lives and death and/or peace of mind and/or happiness of about 36 million child-bearing-aged American females, and those who love them and would do anything for their safety and happiness, i.e., almost all the American people, with a loving and caring heart, except apparently the heartless and mindless lawless defendants herein and their co-conspirators, being confused about an actually simple issue of law of what should be deemed a real human life deserving public legal protection at any cost, even though they must have believed they had acted in good faith for a noble communistic socialist ideal.

41.    **Sarah Palin,** a Plaintiff herein, is a former Governor of Alaska, and human rights activist. I maintain an office at 1140 W Parks Hwy, Wasilla, AK 99654. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

42.    **Adam Kinzinger,** a Plaintiff herein, is a Congressman of the United States of America, and a human rights activist. I maintain an office at 2245 Rayburn House Office Building, Washington DC 20515-1316. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

43.    **Mackenzie Scott,** a Plaintiff herein, is a businesswoman, philanthropist, and human rights activist. I maintain *an office at* **208 Wells Rd, Newport News, VA 23602.** I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

44.    **George Soros,** a Plaintiff herein, is a businessman, philanthropist, and human rights activist. I maintain *an office at* 888 7th Ave. #330, New York, NY 10106. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

45.   Rep. Jerry Nadler, a Plaintiff herein, is a Congressman of the United States of America, and a human rights activist. I maintain an office at 201 Varick Street, New York, NY 10014. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

46.   Rep. Carolyn Maloney, a Plaintiff herein, is a Congresswoman of the United States of America, and a human rights activist. I maintain an office at 31-19 Newtown Ave., Astoria, NY 11102. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

(b)

**THE DEFENDANTS**

47.   Upon information and belief, Defendant **Eric Holcomb, with an office at 200 W. Washington St., Rm. 206, Indianapolis, IN 46204, is the incumbent governor of Indiana. He is made defendant in the instant action because upon information and belief Mr. Holcomb has signed into State law the unconstitutional and illegal anti-abortion Senate Bill No. 1 of Indiana or any related State bill under the incorrect determination that such legislation, which was patently illegal under *Roe v Wade,* had become lawful under SCOTUS's new incorrect and immaterial ruling in *Dobbs v Jackson*.**

48.   Upon information and belief, Defendant **Suzanne Crouch, with her office of the Lt. Governor, 200 West Washington Street, #333, Indianapolis, Indiana 46204-2797, is the incumbent Lt Governor of Indiana. She is made defendant in the instant action because upon information and belief without her very active support, Defendant Holcomb would not have been able to sign into State law the unconstitutional and illegal anti-abortion legislation of Indiana or any related State bill under the incorrect determination that such legislation, which was patently illegal under *Roe v Wade,* had become lawful under SCOTUS's new incorrect and immaterial ruling in *Dobbs v Jackson*.**

49.   Upon information and belief, Defendant **Rodric Bray, is a State Senator of Indiana, with an office at 200 W. Washington St., Indianapolis, IN 46204. He is made defendant in the instant action because upon information and belief without Mr. Bray's active role, Defendant Holcomb would not have been able to sign into State law the unconstitutional and illegal anti-abortion legislation of Indiana under the incorrect**

determination that such legislation, which was patently illegal under *Roe v Wade,* had become lawful under SCOTUS's new incorrect and immaterial ruling in *Dobbs v Jackson*.

50.    Upon information and belief, Defendant **Todd Huston, is a Representative and the Speaker of the IN House of Representatives at 200 W. Washington St. Indianapolis, IN 46204. He is made defendant in the instant action because upon information and belief without his active role, Defendant Holcomb would not have been able to sign into State law the unconstitutional and illegal anti-abortion legislation of Indiana under the incorrect determination that such legislation, which was patently illegal under *Roe v Wade,* had become lawful under SCOTUS's new incorrect and immaterial ruling in *Dobbs v Jackson*.**

51.    Upon information and belief, Defendant **John Young is a Representative of the IN House of Representatives at 200 W. Washington St. Indianapolis, IN 46204. He is made defendant in the instant action because upon information and belief without his active role, Defendant Holcomb would not have been able to sign into State law the unconstitutional and illegal anti-abortion legislation of Indiana under the incorrect determination that such legislation, which was patently illegal under *Roe v Wade,* had become lawful under SCOTUS's new incorrect and immaterial ruling in *Dobbs v Jackson*.**

52.    Upon information and belief, Defendant **Todd Rokita** is the Attorney General of the U.S. State of Indiana.  He is residing at and/or doing business from the Office of the Indiana Attorney General, Indiana Government Center South 302 W. Washington St., 5th Floor, Indianapolis, IN 46204. Phone: (317) 232-6201 - Fax: (317) 232-7979**.**  He is made defendant in the instant action because upon information and belief without his active role, Defendant Holcomb would not have been able to enforce the unconstitutional and illegal anti-abortion legislation of Indiana under the incorrect determination that such legislation, which was patently illegal under *Roe v Wade,* had become lawful under SCOTUS's new incorrect and immaterial ruling in *Dobbs v Jackson*.

53.    Upon information and belief, Defendant **Donald J. Trump** is a former President of the United States of America, residing at and/or doing business from his office at 725 5th Avenue, New York, NY 10022. He is made defendant in the instant action because upon information and belief without his active role, Defendant Holcomb would not have been able to sign into the unconstitutional and illegal anti-abortion legislation of Indiana under the incorrect determination that such legislation, which was patently illegal under *Roe v Wade,* had become lawful under SCOTUS's new incorrect and immaterial ruling in *Dobbs v Jackson*. This Defendant has acted in concert with at least three of SCOTUS defendants herein who told him in private that they would reverse <u>*Roe v Wade*</u> but then lied to the U.S. Senate that they would not to be confirmed as Associate Justices of SCOTUS.

54. Upon information and belief, Defendant **Virginia Thomas** is a businesswoman and wife of Defendant SCOTUS Associate Justice Clarence Thomas herein. She maintains an office at 6665 Rutledge Dr. Fairfax Station, VA 22039, 393 PO, FAIRFAX STA, VA 22039 or C/o Justice Clarence Thomas, Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543. This Defendant has acted in concert with her husband, SCOTUS defendant Clarence Thomas herein, and Defendant Trump and his MAGA group to cheat the American people by reversing *Roe v Wade,* a 1973 constitutional SCOTUS's correct ruling, and as such unconstitutionally and illegally allow such MAGA Christian White Supremacist States as Indiana to have the power to adopt and enforce their unconstitutional conservative misogynist legal system.

55. Upon information and belief, Defendant **Samuel Alito** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office officially known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543. This Defendant has acted in concert with other SCOTUS defendants herein, and/or Defendant Trump and/or his MAGA group to cheat the American people by reversing *Roe v Wade,* a 1973 constitutional SCOTUS's correct ruling, with intentionally designed lies and material misrepresentation of fact, and/or controlling legal authorities, and as such unconstitutionally and illegally allow such MAGA States as Indiana to have the power to adopt and enforce their unconstitutional conservative misogynist legal system. His gross and meritless obvious lie in support of Dobbs v Jackson, which is absolutely inexcusable and makes of him a criminal coward traitor to the wonderful Constitution of the U.S.A., is when Defendant Alito pretends that the U.S. Constitution does not support a woman's right to an abortion, even though it guarantees her basic right to life (i.e. right not to be recklessly put in physical danger such as being denied urgent competent medical services when needed), right to privacy (i.e. right not to be forced, like in a more sadistic and authoritarian than Hitler's Nazi regime, to report immediately to State authority when she or her gynecologist notices that some blood clot appears in her uterus a few weeks after she had unprotected sex with a fertile man), and right to property (i.e. right not to lose her ownership and control of such intimate parts of her body as her vagina and uterus) and right to liberty (i.e. right to decide when how where with whom she wants to have sex with without any protection as she wants it without being concerned with whether she may get pregnant), and right to pursue happiness (i.e. right to decide when how where with whom she wants to have sex with without any protection as she wants it without being concerned with whether she may get pregnant.) It may appear that Defendant Alito's wife and daughters or granddaughters may have told him that they would not mind having those constitutional rights put in the waste basket, but has he asked the rest of the women in America? Obviously, it's time for this Court to find that Defendant Alito and the other 5 Defendants SCOTUS Justices, who voted for the adoption of *Dobbs* turning over *Roe,* are so nonsensical, irrational, incorrect, and unacceptable, as often publicly stated by Plaintiff Vice President Kamala Harris herein,

that they must be declared unfit as a group of mentally sick people, or coward traitors to our Constitution, Republic, and Democracy, and unworthy to further occupying the highest court of America. They should be as soon as possible referred to the DOJ to investigate and appropriately prosecute.

56.    Upon information and belief, Defendant **Amy Coney Barrett** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from her office officially known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543. This Defendant has acted in concert with Defendant Donald J. Trump. She told him in private that she would help their common conservative cause by reversing *Roe v Wade* but then lied to the U.S. Senate that she would not to be confirmed as an Associate Justice of SCOTUS. She finally did act in concert with Defendant Alito and other Defendant Justices herein and voted for *Dobbs* to turn over *Roe* and as such betray the American Constitution, Republic, and Democracy.

57.    Upon information and belief, Defendant **Neil M. Gorsuch** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office officially known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543. This Defendant has acted in concert with Defendant Donald J. Trump. He told him in private that he would help their common conservative cause by reversing *Roe v. Wade* but then lied to the U.S. Senate that he would not to be confirmed as an Associate Justice of SCOTUS. He finally did act in concert with Defendant Alito and other Defendant Justices herein and voted for *Dobbs* to turn over *Roe* and as such betray the American Constitution, Republic, and Democracy.

58.    Upon information and belief, Defendant **Brett M. Kavanaugh** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office officially known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543. This Defendant has acted in concert with Defendant Donald J. Trump. He told him in private that he would help their common conservative cause by reversing *Roe v. Wade* but then lied to the U.S. Senate that he would not to be confirmed as an Associate Justice of SCOTUS. He finally did act in concert with Defendant Alito and other Defendant Justices herein and voted for *Dobbs* to turn over *Roe* and as such betray the American Constitution, Republic, and Democracy.

59.    Upon information and belief, Defendant **Clarence Thomas** is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office officially known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543. This Defendant

has acted in concert with Defendant Donald J. Trump and at least three of SCOTUS defendants herein, who told him in private that they would reverse *Roe v. Wade* to support *Dobbs v. Jackson* to allow conservative Christian White Supremacist States such as Indiana could abridge CBA women's constitutional rights to life, liberty, property, privacy, and happiness, and keep them under control as prior to *Roe v. Wade*.

60.    Upon information and belief, Defendant **John Roberts** is the incumbent Chief Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543. This Defendant has acted in concert with Defendant Donald J. Trump and at least three of SCOTUS defendants herein, who told him in private that they would reverse *Roe v. Wade* to support *Dobbs v. Jackson* to allow conservative Christian White Supremacist States such as Indiana could abridge CBA women's constitutional rights to life, liberty, property, privacy, and happiness, and keep them under control as prior to *Roe v. Wade*.

## FACTS AND CIRCUMSTANCES
## UNDERLYING THE INSTANT ACTION

61.    In 2012 Plaintiff **Dmt MacTruong**, being a patented inventor of several NYTimes-praised original inventions, winning God Medal award in 1999 by America's greatest Invention Show in Pittsburg, PA, such as Life after Death, Trees and Forests of Life, MT-EARS, Tele-Tact or Wireless-Sex, or Tele-Mining or Tele-building on Jupiter and other planets of the Solar System, or Tele-building and 3D-printing Manhattan-sized Spaceships traveling throughout the Solar system then beyond, and underwater habitable cities prior to people moving in, Dmt-Highways throughout the Planet, Dmt-Safe Nuclear Plants, while awaiting for fusion energy to become available, Dmt-Forests stopping deforestation and/or making of desserts habitable farmlands, and/or appropriately cleaning up our Earth's polluted oceans and atmosphere…, about which people nowadays still have no ideas, but which would save our planet from both world wars and climastrophes, wrote about four pages describing in easily realizable details one more of my original inventions, a true copy of which is annexed hereto as **EXHIBIT A.** It is entitled **THE CCO NETWORK** (CCO meaning Community Civic Officers.) It was published and sent everywhere by mail and/or email on the Internet and in many City Halls, including Jersey City, New Jersey, where I live since 2008. To truly promote this one of my favorite inventions, which would certainly render feasible the realization of many others and the true goal of which is to

eliminate almost all kinds of criminal activities that would require at least two human beings to act in concert to commit, in 2013 and 2014, I created from scratch the most magnificent and greatest unbelievable mind-changing 4-hour movie entitled SUPERHUMANKIND IN ACTION, starring Brittney Spears, Clint Eastwood, Ronald Reagan, and many historic personalities of the 20th and 21st Centuries. Britney Spears portrayed the character of Viola S. Richardson, a real-life councilwoman-at-large of Jersey City in 2012, to whom I had submitted a copy of my CCO Network Legislation Project of Law, but unfortunately, she had ignored it totally. Any interested person can now just type **"DMTMOVIES.COM"** on an Internet browser and will be able to instantly watch this greatest movie of all time and notice that an appropriate part of the Movie by the end was devoted to the CCO Network with the mention that it's a copyrighted idea. **[See, EXHIBIT A]**.

62. In substance, "THE CCO Network" is fundamental proposed legislation for all human communities of any size and culture to recruit private citizens to help democratically elected government officials to enforce the law, in such a way that it would be practically impossible for any two or more criminal-minded people to act in concert to commit any act being prohibited by law. [For details, on how this works, kindly refer to **EXHIBIT A]** However, since no law can be absolute or perfect, the CCO-Network Legislation, if misused like in the case at bar, would present the greatest dangers to people's freedom and privacy in a country zealously defending and respecting these highest values of its citizens like the U.S.A. It is only an ideal tool for the worst dictators controlling totalitarian systems like Hitler or Stalin or now Putin or the Defendants herein to control people's minds and bodies, and mass murder them without pity by falsely accusing their victims of being murderers, while they themselves undisputedly are when they deprive millions of women of necessary medical care when they need it the most. In brief, Plaintiff's CCO Network may be compared to a sharp knife. It is very useful for many purposes but also very dangerous if it is in the hands of criminals and murderers ready to use it to violate the most intimate private lives of thousands or even millions of people daily worldwide just to satisfy their naïve ludicrous misplaced uneducated religious belief in some blood clots they call the helpless unprotected unborn children, for whom they now appoint themselves to be heroic angelic rescuers timely appearing to save at any cost, without realizing that their mindless and heartless anti-abortion legislation would surely condemn many of their own beloved innocent blood sisters or daughters or granddaughters to lead a terrifying eternal humiliating life after having been repeatedly raped.

63.    Unfortunately, that is exactly the case of the Defendants herein, even though, at first sight, they may appear to be smart lawyers and/or good-faith able political leaders, or respected jurists being appointed to sit at the highest court of the United States of America.

**64.    Upon information and belief, on or about Friday Aug. 5, 2022, Indiana lawmakers in Indianapolis passed and the governor Eric Holcomb, a Republican, signed a near-total ban on abortion. This legislation is an extended copy of The Texas Heartbeat Act. It should be enforced by September 15, 2022, and through both State law enforcement authority and the use of assistance by private citizens as provided by THA (Texas Heartbeat Act) and as such an infringement of Plaintiff MacTruong's copyrighted intellectual property entitled The CCO Network, which is fully described in EXHIBIT A annexed hereto.**

65.    Upon information and belief, on or about August 5, 2022, the New York Times published an article written by Mitch Smith and Julie Bosman, which was updated on August 8, 2022 announcing that Indiana lawmakers in Indianapolis passed and the governor Eric Holcomb, a Republican, signed a near-total ban on abortion on Friday Aug. 5, 2022, overcoming division among Republicans and protests from Democrats to become the first state to draw up and approve sweeping new limits on the procedure since *Roe v. Wade* was struck down on June 24, 2022 by SCOTUS.

66.    The law's passage came just three days after voters in Kansas, another conservative Midwestern state, overwhelmingly rejected on 8/2/22 an amendment that would have stripped abortion rights protections from their State Constitution, a result seen nationally as a sign of unease with abortion bans. And it came despite some Indiana Republicans opposing the measure for going too far, and others voting no because of its exceptions. The Indiana bill — which bans abortion from conception except in some cases of rape, incest, fatal fetal abnormality or when the pregnant woman faces risk of death or certain severe health risks — was signed into law within minutes of its final passage late Friday night by Gov. Eric Holcomb, a Republican who had encouraged legislators to consider new abortion limits during a special session that he called.  "These actions followed long days of hearings filled with sobering and personal testimony from citizens and elected representatives on this emotional and complex topic," Mr. Holcomb said in a statement. "Ultimately, those voices shaped and informed the final contents of the legislation and its carefully negotiated exceptions to address some of the unthinkable circumstances a woman or unborn child might face."

67.    Beyond those limited exceptions, the new law will <u>end legal abortion in Indiana next month</u> <u>September 2022</u>. The procedure is currently allowed at up to 22 weeks of pregnancy. Some Republicans have indicated that they expect the law to be challenged in court.

68.    "If this isn't a government issue — protecting life — I don't know what is," said Representative John Young, a Republican who supported the measure. He added: "I know the exceptions are not enough for some and too much for others, but it's a good balance."

69.    The law's passage came after two weeks of emotional testimony and bitter debates in the Statehouse. Even though Republicans hold commanding majorities in both chambers, the bill's fate did not always seem secure. When a Senate committee considered an initial version of the bill last week, no one showed up to testify in support of it: <u>The American Civil Liberties Union of Indiana</u> called it a <u>"cruel, dangerous bill</u>," Indiana Right to Life described it as <u>"weak and troubling</u>," and a parade of residents with differing views on abortion all urged lawmakers to reject it.

70.    The debate was supercharged by the case <u>of a 10-year-old Ohio girl who had traveled to</u> <u>Indiana</u> for an abortion after she was raped. The abortion provider in that case, <u>Dr. Caitlin Bernard</u>, became a target of some on the conservative right.

71.    "Judging by the results I saw in Kansas the other day," said Indiana Representative Phil GiaQuinta, a Democrat who opposed the Indiana bill, "independents, Democrats and Republicans by their votes demonstrated what is most important to them, and me, and that is our <u>personal freedoms and</u> <u>liberty."</u>

72.    **Todd Huston,** the Republican speaker of the Indiana House, said he was pleased with the final version of the law. But asked about the protests in Indianapolis and the vote in Kansas, he acknowledged that many disagreed. He added: "We've talked about the fact that voters have an opportunity to vote, and if they're displeased, they'll have that opportunity both in November and in future years."

73.    On Saturday August 6, 2022, the pharmaceutical company **Eli Lilly, a major employer in Indiana, stated** that because of the new anti-abortion law, "We will be forced to plan for more employment growth outside our home state." Eli Lilly is the **14th largest pharmaceutical company in the world, with a** revenue of more than $21.2 billion in 2016, and more than 33,000 employees, including more than 10,000 in Indianapolis.

74.    **State Senator Eddie D. Melton, a Democrat** who represents parts of northwest Indiana, spoke against the bill on the Senate floor on Friday, calling it a rushed process and a power grab.

75.    **Jennifer Drobac, a law professor at Indiana University's McKinney School of Law in Indianapolis,** said she was concerned about the speed at which the bill in her state was passed and the relatively short window for the public to debate its implications. "Law made in haste is often bad law," she said. "This highlights the fact that these guys are not anticipating how unworkable this legislation will be. This is going to impact thousands of people who get pregnant in Indiana alone."

76.    Divisions within the Republican Party were repeatedly on display during the session. Indiana **Representative Ann Vermilion described herself as a proud Republican. But said she thought the legislation went too far, too quickly.** "The U.S. Supreme Court made the decision to move the abortion rights to the state level, which has peeled an onion on the details of abortion, showing layers and layers of such a difficult topic that, I, myself, wasn't prepared for," **Ms. Vermilion said before voting against the bill.**

77.    "This bill justifies the wicked, those murdering babies, and punishes the righteous, the preborn human being," said Indiana **Representative John Jacob**, a Republican who also voted against the bill. He added: "Republicans campaigned that they are pro-life. Pro-life means for life. That is not just some lives. That means all lives."  Undisputedly, Mr. Plaintiff Jacob herein wanted to point out the fact that most people do not understand this legal issue that when it comes to choose between the life of the CBA woman and the fetus, if any, anti-abortionists misleadingly call themselves "pro-life" while the mother of the fetus **not also a life** or a human being and citizen of the United States worthy of protection under the U.S. Constitution, but a "sinner", "criminal" or "murderer," when she chooses to exercise her 13th and 14th Constitutional rights to life, liberty, property, privacy, and pursuit of happiness to have a safely induced miscarriage prior to her fetus's viability.

78.    **Elizabeth Nash, state policy analyst at the Guttmacher Institute,** which supports abortion rights, said that "In Indiana, the legislators are now between a rock and a hard place," she said. "They're between their base," which is demanding an abortion ban with no exception, "and members of the public who are saying, 'we support abortion access.' You can see how the legislators, who are balancing people's rights, are also looking at the next election."

## WHY IS PLAINTIFFS' COMPLAINT
## MERITORTIOUS AND MUST BE GRANTED

79.    Plaintiffs' complaint is founded on the fact that the true issue in this matter is not as the Defendants herein have presented to get their unconstitutional and federally illegal legislation passed. It is **not** whether the State legislators should be pro-life or pro-choice. They ask the public to decide between what they presume a helpless innocent life that will grow up to be a glorious handsome brilliant political leader or jurist like one of the Defendants herein and a disgusting slut who  gets pregnant because she could not behave herself as a good traditional girl being able to control her sexual urges but has irresponsibly had unprotected sex with a fertile man, and suggest that "obviously" any decent well educated member of the jury, dignified enough to be a model U.S. citizen, will find that justice and the law should be of course pro-life, i.e. on the side of the innocent adorable baby, and condemn the cruel and heartless slut.

80.    However, the foregoing picture perfect of Defendants' defense argument of their anti-abortion legislation is not at all perfect. We are not debating our opinion in a church or city hall, or in family or among friends or co-workers. First, as a matter of fact and logical reasoning, it is incorrect and naive to believe and write like extremely idealist and pragmatist at the same time **Thomas Jefferson** that all men are created equal. Such is no truth. It is only a postulate or petition of principle based upon which other hopefully coherent conclusions will be added or derived from to create from scratch a system of law, which would be carried out in good faith by a group of competent patriotic idealist white Christian men immigrating or even being deported mainly from England and other white European countries, without African black or women or Hispanic in mind to create first a new country called New England. Contrary to Jefferson's self-evident postulate of universal equality among men, truth is no two lives have the exact same value. Even a life's value changes every mano second it evolves. Without constant evolution or change, sometimes so drastically as from life to death, or with marvelous modern medical progress, or Plaintiff's patented invention of Forests of Life, from death to life again, there is no life at all. A "thing" that does not change or budge, breathe, consume food, or reproduce is anything but life for people with common sense, i.e. who are living.

81.    As such, one hand, it is undisputed that for humankind, the life of a little fly is not equal in value to that of a human being, even though for the flies, the evaluation should certainly be reversed. In this case, Defendants literally but wrongfully assert to the world that the potential life that a sperm of a man represents is equal in value to the man himself. If they had their way, these absolutely brainless Defendants would soon make laws throwing in jail all men who would dare to continue to throw in the

garbage their scum bags after they had sex with a woman to satisfy their need of sex **without evidence satisfying** the government of the U.S. State of Indiana or all other anti-abortion States in America in a competent court of law that **even though those sperms were indeed seeds of life,** it was **impossible for all practical purposes** for these men to provide all of their trillions and trillions of sperms during their lifetime full opportunities to become wonderful righteous all morally- perfect grownup human beings like the Defendants herein in the future.

82.   **Truth is, for all practical purposes, a blood clot that appears a few weeks in a woman's uterus after she had unprotected sex with a fertile man must be allowed by law to be removed at the woman's option if, in her sole subjective judgment, its survival would mean the end of, or at least some undesirable change to, her current lifestyle or her future as she wants it to be.** It is none of the business of an abstract legal entity like the State of Indiana, with some brainless and heartless scientifically uneducated governors and legislators like the defendants and their co-defendants herein to legislate to prohibit pregnant women from making such personally appropriate decisions in their stead.

83.   **As such, ideally, American legislators should and must be both pro-life <u>and</u> pro-choice.** Indeed, since any American, both State and federal, legislators must respect the U.S. Constitution that guarantees the most basic right of a person male or female to life, liberty, property, privacy, and the pursuit of happiness, including above all the choice of making their own decisions concerning the maintenance of their own bodies and every part thereof, such as their vaginas and uteruses. Such right includes the one to maintain or remove any blood clot, which eventually appeared in the uterus of a child-bearing-aged woman after she had unprotected sex with a fertile male. Any anti-abortion law, especially Defendants' August 5 2022 SB 1, clearly and undisputedly interferes and intolerably violates both women's and men's fundamental right to have sex for pleasure to enjoy themselves and pursue happiness, rights being protected by both the spirit and essence of the U.S. Constitution in its totality, and specifically by its First, Third, Fourth, Fifth, Sixth, Ninth, Tenth and  literally Thirteenth and Fourteenth Amendments, and SCOTUS's 1973 *Roe v. Wade* ruling.

84.   **Plaintiffs herein together with 3/4 of the American people believe that the reasoning of the majority of SCOTUS justices in *Roe v. Wade,* protecting the right of the woman to decide whether she wants in her own selfish or unselfish interest to keep or remove a fetus inside her womb before it is viable outside her body, is appropriate, correct and balanced and should continue to be the law of this land of the free and the brave.**

85.   In *Dobbs v. Jackson,* Defendants SCOTUS Justices herein have acted in concert with other defendants herein to try to defeat such a wise 1973 Decision of the Highest Court of the land in this matter by raising the foregoing true issue the wrong way and putting it in the wrong context: ***Roe v. Wade*** was a bad ruling and should be abandoned.

86.   In substance in order to support *Dobbs* anti-abortion ruling, Defendant Alito, writing for SCOTUS in a ludicrous and intentionally misleading 100-page essay, states that the Court's job to adjudicate issue raised in *Dobbs v. Jackson* is to find whether CBA women in America have a constitutionally protected right to abortion. He concludes that there is no such right in the U.S. Constitution and as such all concerned U.S. States may post-Dobbs make their laws in this matter as long as such laws can pass the rationality test that is required by the Fourteenth Amendment.

### WHY IS DEFENDANT ALITO'S DOBBS RULING IRRELEVANT AND INAPPLICABLE TO SUPPORT INDIANA AUGUST 5 2022 ANTI-ABORTION LAW?

87.   The true issue, in the case at bar, is who has the right to decide what to do with blood clot(s) inside the womb of the woman, she or her brainless and heartless neighbors, who are strangers to her in the instant proceeding, but clever enough to act in concert under color of State laws to violate her constitutional rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, that are conspicuously spelled out in the Thirteenth & Fourteenth Amendments?  The answer should be undisputedly the same as this question, who should have the power to decide for a pregnant woman who does not want to abort even after having been gang-raped by a group of criminal rapists? The answer by common sense, the U.S. Constitution, and three quarters of the American people is the woman herself. Since nobody can force a woman to abort, when she does want to, then nobody can stop her from deciding to remove any blood clot that appears to be undesirable to her personal judgment whether it is in her uterus or anywhere else in her body. Those neighbors like the legally uneducated, hypocrite, and mentally immature defendants herein should learn to appreciate that since nobody would force them to abort their wives or daughters' unwanted blood clots in their wombs, they should not try to destroy under the color of State law other people's lives and peace of mind by making unconstitutional laws preventing free citizens from enjoying sex and living theirs in peace and happiness.

88.    In sum, Defendants' AUGUST 5 2022 ANTI-ABORTION SB #1 is undisputedly thoughtless and criminal because it only considers the issue from the unique point of view of those who naively incorrectly believe that the tiny blood clot that starts to grow in the uterus of a woman who had unprotected sex a few weeks before is a cute unborn baby or the most valuable defenseless LIFE, and any decision to remove it from the new location that it has chosen to settle itself to grow into an independent living being within about eight months, would be more than just an illegal eviction but a felony of child endangerment or voluntary homicide or murder.

89.    The evidence showing that **Defendant Todd Rokita,** the incumbent Attorney General of the U.S. State of Indiana, has acted in concert with other defendants herein to violate women's rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, including putting their lives in lethal danger by taking away their right to emergency medical services when they need it the most is on or about July 13, 2022, Defendant Todd Rokita criminally abused his position as Indiana Attorney General's position and announced that he would investigate Dr. Caitlin Bernard, an obstetrician-gynecologist in Indianapolis, a plaintiff herein, who had performed her duty to safely induce a miscarriage upon an Ohio 10-year-old girl who had not (in Rokita's criminal mind) been proven to have been really raped and become pregnant as a result. Rokita confusedly announced the next day on July 14, 2022, his regret for his prior unprofessional misconduct when the rapist was arrested and confessed his crime. Rokita has as such intentionally and seriously violated both the little girl and her doctor's constitutional rights to life, liberty, property, privacy and pursuit of happiness and to the assumption of innocence until proven guilty under the 5th amendment, just for the sake of defending Ohio and Indiana unconstitutional anti-abortion statutes.

90.    The evidence showing that **Defendant Donald J. Trump** has acted in concert with other defendants herein to violate women's rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, including putting their lives in lethal danger by taking away their right to emergency medical services when they need it the most is Defendant Trump's undisputed widely overt public effort to nominate purported pro-life candidates such as Defendants Brett M.  Kavanaugh, Neil M. Gorsuch, Amy Coney Barrett herein to SCOTUS to expectedly reverse the authority of *Roe v Wade*, hence, to allow the unconstitutional and federally illegal state laws such as INDIANA SB – 1 or any related anti-abortion statutes to stand.

91.    The evidence showing that **Defendant Virginia Thomas**, wife of Defendant Clarence Thomas, has acted in concert with other defendants herein to violate women's right to women's rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, including putting their lives in lethal danger by taking away their right to emergency medical services when they need it the most, after having done nothing illegal, to wit having and enjoying sex, is that upon information and belief she had contacted Defendant Trump and/or his staff to encourage him to nominate purported pro-life candidates to the USSC to gain a necessary majority to overturn the authority of *Roe v. Wade,* when this issue would be presented to the Court.

92.    The evidence showing that **Defendant Brett M.  Kavanaugh** has acted in concert with other defendants herein to violate American women's right to women's rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, including putting their lives in lethal danger by taking away their right to emergency medical services when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Kavanaugh had also lied to the U.S. Senate when he said he would not reverse *Roe v. Wade,* but thereafter upon information and belief, he did.

93.    The evidence showing that **Defendant Neil M. Gorsuch** has acted in concert with other defendants herein to violate American women's rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, including putting their lives in lethal danger by taking away their right to emergency medical services when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Gorsuch had also lied to the U.S. Senate when he stated under oath that he would not reverse *Roe v. Wade*, but now upon information and belief, he did.

94.    The evidence showing that Defendant **Amy Coney Barrett** has acted in concert with other defendants herein to violate American women's women's rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, including putting their lives in lethal danger by taking away their right to emergency medical services when they need it the most, after having done nothing illegal, to wit having sex, is that she had lied under oath when she was sworn in to uphold the U.S. Constitution. Defendant Amy Coney Barrett had also lied to the U.S. Senate when she said she would not reverse *Roe v. Wade*, but now upon information and belief, she did.

95.    The evidence showing that **Defendant Samuel Alito** has acted in concert with other defendants herein to violate the U.S. Constitution by violating American women's rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, including putting their lives in lethal danger by taking away their right to emergency medical services when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Defendant Samuel Alito had also lied to the U.S. Senate when he said he would not reverse *Roe v. Wade*, but now he wholeheartedly did by even being instrumental in the preparation of the *Dobbs v. Jackson* ruling by SCOTUS reversing *Roe v. Wade*.   The most ludicrous lie and sanctionable egregious history-changing material misrepresentation of fact and controlling legal authority that was made by Defendant Alito and for which he should be impeached and removed from his prestigious job at SCOTUS and thrown in jail for perjury is he has told all of America that even though certainly a pregnant CAB woman's rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, are protected by the U.S. Constitution like those of all other U.S. citizen, it does not imply that her State cannot put their lives in lethal danger by taking away their right to emergency medical services when they need it the most, if they decide to make a law to that effect to satisfy the wishes and/or moral conviction  of a majority of their righteous electors.

96.    A careful reading of **Defendant Alito's 100-page drafted SCOTUS majority decision** to reverse *Roe v. Wade* shows that it is a dishonor for the United States Supreme Court to have as a member a legal mind of such low quality as Justice Samuel Alito. The draft which should never have been adopted by the Court, but for its having been entirely contaminated by those criminals and traitors and perjurers, who are among the defendants herein, is absolutely a shameful meritless piece of writing showing that due to the Defendants' biases and prejudices against abortion, their minds have been dangerously clouded. They are incapable of making any scientific, rational, balanced, and/or reasonable arguments to decide this matter of national interest affecting the life and death of millions of child-bearing aged women and in fact the very survival in the long term of America as a nation.

97.    In substance, through Defendant Alito's drafted decision in *Dobbs v. Jackson*, the Court finds and reasons that the issue of abortion as a right is a moral one, over which the public opinions since Antiquity have been divided into three major groups, for and against, and neutral or no opinion. As

such, it would be wise, according to Defendant Alito, for the U.S. Supreme Court to stay away from making a definite decision on this issue but leave it to each State of the Union to make its own legalization in the matter. **The foregoing drafted opinion was not absolutely wrong in a vacuum, but it should have definitely been rejected by the U.S. Supreme Court because it is unconstitutional and contrary to *Roe v. Wade.*** Defendants, who are members of the Court have been appointed and paid by the people of the United States of America not to decide issues before the Court according to their conscience or great legal minds, which unfortunately they do not even exhibit in the case at bar. **SCOTUS Justices are public servants to perform their main job of interpretating in good faith and intelligence of the spirit and those unclear provisions of the U.S. Constitution and/or federal laws that have withstood the test of time such as those which have been supported by *Roe v. Wade.* In this matter, there is no doubt at all that unless Defendants could consider in good faith that women are cows or bitches or slaves which are personal properties in their houses or farms, like before the Civil War, then these dignified female human beings will have the sole jurisdiction to decide the ultimate fate or destiny of any part of their bodies, including blood clot(s) in their uteruses or wombs, be they healthy or alive or diseased or dangerous or dead, so long as they are not viable outside. The State has no business at all interfering in that aspect of the most sacred privacy of women and endangering their lives by depriving them of emergency medical care when they need it the most.**

98.    The most vivid evidence showing **Defendant Alito's lack of legal intelligence** is his failure to understand why *Roe* prohibits abortion right after the fetus is viable outside the pregnant woman's womb.  Indeed, since everything is relative, the right to abortion, if any, must also so be reasonably limited at one point for the sake of humanity, or so to speak. The **Biblical Ten Commandments** prior to being amended by a cute white lie of Patriarch Abraham requested that a fanatic Jewish father sacrifices his first-born son for the sake of God. The Torah also provided a father with the power of life and death over a disobedient son. Upon information and belief, due to extremely harsh conditions of life, the ancient Chinese and Eskimos are known to have sometimes put to death their newborn if it is a girl. They could not do it prior to birth since they did not know the sex of the newborn until after birth, or abortion would be more dangerous to the life of the mother than a post-natal killing of her baby, which may be deemed a very late abortion. **The *Roe* prohibition of abortion after the fetus is viable outside the womb is based on the common-sense legal concept**

**that since the unborn child can now live outside her womb, if she does not want it, the mother should offer her State an opportunity to take care of it, if such is what her State wants to do.** There is clearly no need in that case for a pregnant mother to kill an unborn human being whose survival does not depend on her any further, nor would it put her life in jeopardy.

99.    The evidence showing that **Defendant Chief Justice John Roberts** has acted in concert with other defendants herein to violate American women's right to privacy and recklessly endanger their lives by taking away their right to medical services when they need them the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Roberts had also lied to the U.S. Senate when he impliedly stated under oath that he would not reverse such a good SCOTUS ruling as *Roe v. Wade*, which has maintained peace and unity of the United States of America for 49 years, but now upon information and belief, he did.

100.    The evidence showing that **Defendant Clarence Thomas** has acted in concert with other defendants herein to violate women's right to privacy and recklessly endanger their lives by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having and enjoying sex, is that upon information and belief, Defendant's wife Virginia Thomas had contacted Defendant Trump and/or his staff to encourage the latter to nominate pro-life candidates to sit at the USSC to possibly perform an unconstitutional and illegal act of reversing the legal authority of *Roe v. Wade,* in patent violation of the Constitution when this issue would be presented to the Court again after having been rejected many times before between 1973 and 2022.

101.    In sum, undisputedly, Defendant Clarence Thomas and other SCOTUS defendants herein are, as such, co-conspirators, liars, perjurers, and traitors for most of the American people, even though may not be so in their own eyes, and as a consequence, they have morally and legally disqualified themselves from continuing to sit at the U.S. Supreme Court. They should either immediately resign to minimize the dishonor they have caused to this great democratic republic or be impeached and tried with due process for criminal conspiracy to achieve their conservative MAGA misogynist agenda, planned mass murder, treason, and perjury, by the U.S. Department of Justice or the U.S. Congress, and/or by other appropriate legal procedures.

102.    **Defendants are undisputedly a bunch of coward misogynists taking advantage of CBA women, such as the 10-year-old girl that was raped in Ohio and taken to Indiana in July 2022 to get a safely miscarriage by Dr. Caitlin Bernard, a Plaintiff herein, at a time they desperately**

**need love and medical help, and are certainly <u>not</u> in a position to properly deal with their attackers and victimizers, who are the rapists on one hand and the Ohio and Indiana anti-abortion lawmakers, Defendants herein, on the other.**

103. Finally it is of note that in order to obtain a favorable decision by this Court in the instant proceeding, we do not have the burden of proving that the U.S. Constitution is correct and wise to protect our people's sacred rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, but only to STATE that it (the U.S. Constitution) indeed does so through the adoption of the 13th and 14th Amendments, and that our natural inalienable rights to LIFE, LIBERTY, PROPERTY, PRIVACY, and PURSUIT OF HAPPINESS, of course, imply that our lives may not be recklessly put in danger by any misogynist U.S. State such as Indiana, which may arbitrarily jail medical professionals who would "dare" to intervene to perform their constitutional and legal jobs and duties to save our lives when we need them.

**AS AND FOR A FIRST CAUSE OF
ACTION AGAINST ALL DEFENDANTS**

104. The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to achieve their conservative MAGA misogynistic goal by violating the until-now constitutionally protected right of the woman to be the sole entity to decide what, where, when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. **(a)** Defendants as public officials of their State, being quite aware of their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade* in the matter, have performed such unconstitutional and illegal conduct by plagiarizing plaintiff Dmt MacTruong's copyrighted intellectual property called The CCO Network proposed legislation **[EXHIBIT A]** by granting both the power and monetary incentive to private citizens to illegally and cowardly spy on and intrude into the most private activities possible between a pregnant woman and her gynecologist and their staff, and take what they would have allegedly observed and believed in, as legally and medically illiterate witnesses, to be a homicide or murder into a court of law to punish anyone, including gynecologists and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important secret private life would have come out in the most public and embarrassing way possible; **(b)** Defendants have acted in

concert to defeat women's such constitutional rights to life, liberty, property, privacy and pursuit of happiness, and life-saving medical care when they need it the most, causing tremendous sufferings and many agonizing painful deaths to incalculable number of CBA women across Indiana and/or all over America.

105.  As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual properties without neither permission nor fair compensation, Plaintiff MacTruong has suffered damages in the amount of $300,000.000.00 (Three Hundred Million Dollars) or any amount the Court would find appropriate to be paid by each and/or all Defendants herein.

## AS AND FOR A SECOND CAUSE OF
## ACTION AGAINST ALL DEFENDANTS

106.  The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to achieve their conservative MAGA misogynistic goal by violating the until-now constitutionally protected right of the woman to be the sole entity to decide what, where, when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. Defendants have acted in concert to defeat women's such constitutional rights to life, liberty, property, privacy and pursuit of happiness, and life-saving medical care when they need it the most, causing tremendous sufferings and many agonizing painful deaths to incalculable number of CBA women many of them under the care of Plaintiff NARAL Pro-Choice America.

107.  As a consequence of the foregoing, Plaintiff NARAL Pro-Choice America has suffered damages in the amount of $1,000 per woman at childbearing age in America or $36,000,000,000.00 (Thirty-Six Billion Dollars) or any amount the Court would find appropriate to be paid by each and all Defendants herein.

## AS AND FOR A THIRD CAUSE OF
## ACTION AGAINST ALL DEFENDANTS

108.  The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to achieve their conservative MAGA misogynistic goal by violating the until-now

constitutionally protected right of the woman to be the sole entity to decide what, where, when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. Defendants have acted in concert to defeat women's such constitutional rights to life, liberty, property, privacy and pursuit of happiness, and life-saving medical care when they need it the most, causing tremendous sufferings and many agonizing painful deaths to incalculable number of CBA women in the time to come all over Indiana and across the U.S.A.

109. As a consequence of the foregoing, all Plaintiffs herein have respectively suffered damages in terms of mental distress and extreme concern in the amount of $1,000,000.00 (One Million Dollar) or any amount the Court would find appropriate each to be paid by each and every defendant herein.

**WHEREFORE, Plaintiff Dmt MacTruong and all other Plaintiffs herein respectfully move the Court for a Judgment:**

(1) DECLARING that self-styled Indiana SB 1 anti-abortion law signed by Governor Eric Holcomb on August 5, 2022, and/or any similar or related anti-abortion legislation in Indiana are unconstitutional and violative of the *Roe v. Wade* decision of the U.S. Supreme Court, and are hereby immediately annulled and voided and of no legal effect whatsoever anywhere in all the land of the United States of America; and

(2) **DIRECTING THAT ALL THE DEFENDANTS HEREIN be referred to the U.S. Department of Justice for further investigation and/or indictment and/or prosecution and criminal sanctions of their improper conduct as hereinabove indicated pursuant to all appropriate applicable provisions of the U.S. Criminal Code; and**

(3) **DIRECTING** that each and/or all Defendants herein pay Plaintiff Dmt MacTruong the sum of Three Hundred Million Dollars ($300,000,000.00), or any amount the Court would find appropriate, plus 10% compounded interests as of the date of the service of the Summons and Complaint herein, for having violated his copyrighted intellectual properties; and

(4) **DIRECTING** that each and/or all Defendants herein pay **Plaintiff NARAL Pro-Choice America,** the sum of Thirty-Six Billion Dollars ($36,000,000,000.00), or any amount the Court would find appropriate, plus 10% compounded interests as of the date of the service of the Summons and Complaint herein; and

(5) **DIRECTING** that each and/or all Defendants herein pay the sum of One Million Dollars ($1,000,000.00), or any amount the Court would find appropriate, plus 10% compounded interests as of the date of the service of the Summons and Complaint herein to each of the Plaintiffs, whose names are fully listed both in the caption above and in the appropriate texts of the instant Complaint; and/or

(6) **GRANTING** Plaintiffs all other and further appropriate ancillary relief as the Court may deem just and proper in the premises.

Dated:  August 20, 2022

Dmt MacTruong, Ph.D., J.S.D., Plaintiff *pro se*
875 Bergen Avenue,
Jersey City, NJ 07306  (914) 215-2304

# EXHIBIT



**NAME OF PROJECT:**

# CCO NETWORK

## [*COMMUNITY CIVIC OFFICER*]

**FORM OF PROJECT:**

Federal, State Laws or Municipal Ordinances

**AUTHOR OF PROJECT:**

Mac Truong, Ph.D., J.S.D.
*325 Broadway - Suite 200*
*New York, NY 10007*
(212) 566-6000

## Short Term Goals

(1)  Clean up the city or town from garbage and litter.
(2)  Create thousands of exciting and lucrative jobs.
(3)  Save or create great revenues for the City.

## Long Term Goals

(1)  Create millions of productive and exciting jobs for America and the world.
(2)  Fight and stop all kind of crimes or violations of any valid municipal, state, federal and international laws.
(3)  Save or create trillions of dollars in revenues for individuals and communities all over the U.S. and the world.
(4)  Lead the U.S. and the world to a much safer, more controllable, cooperative and happy bright future.

## MEANS

Creation by way of legislation of a network of **C**ommunity **C**ivic **O**fficers:
The CCO Network

## CCO POWERS & DUTIES

Issuance of notices of summons in form of tickets to appear in existing courts of competent jurisdiction to violators of enforceable city regulations or ordinances in matter of

littering or garbage disposal in public places, including dog wastes or cigarette butts in the streets, or food and drink in public transportation… If need be, additional or specialized courts may be created.

## CITY CONTROL & DISCIPLINE OF CCO

Those who want to be CCO must obtain licenses from the city by meeting the requirements set forth by the city in the City Ordinance creating their jobs. Basically a CCO is only a witness and complainant of a crime with power to summons the alleged criminal to court. It would be thereafter up to the court to adjudicate the issues pursuant to applicable laws. The only way the CCO could abuse her authority is by lying to the court to harass a respondent. However, if she lies under oath in court she could be subject to penalty of perjury like all other witnesses. Her such misconduct may be brought to the attention of the court by the respondent, other law enforcers or CCO. There is therefore no reason to be concerned about CCO's possible misconduct or abuse of power or even incompetence or lack of diligence or human error .

## CCO INCENTIVES & BENEFITS

CCO may receive up to 50% (or an appropriate percentage to be determined by the City Ordinance) of the fine that violators or offenders of the City regulations regarding litter or garbage disposal.
Assuming the ticket is $200 then $100 would be paid to the City and $100 to the CCO. Three tickets per week would generate an income of $300 per week for the CCO. Three tickets per day would generate revenue of $1,500 per week for the CCO.

## RESULTS EXPECTED

Most people won't litter anymore. If they do, they would create jobs and revenues for the city. It's a win-win situation for the city.

## LEGAL BASIS

The original idea of this plan to create jobs for a city that is broke or in financial trouble is the way to reward the CCO: It's based on his/her job performance as a witness or law enforcer to help the city fight against crime or any type of violation of city ordinances.
If there is nothing wrong with monetarily rewarding an informant for his/her effective testimony against a criminal in court, then there is no legal ground that would prevent a city from compensating its CCO Network this way in accordance with their job performance and duties as defined by the city ordinances.

## POLICE EYES & EARS

If the CCO have difficulty to issue tickets to violators who are violent or dangerous, they can call 911. The police may arrest the alleged violator for disorderly conduct or threat and menace against a public servant. This way the CCO are eyes and ears of the police everywhere at all time and work safely under the police protection. The number of active police officers may be reduced and as such the city budget for security and police may be diverted to pay for other items of necessity.

## UPGRADED CCO NETWORKS

After the CCO Network is established and functions well, CCO may be upgraded to not only keep the city clean and healthy physically but also improve the quality of life in general. For instance, while doing their jobs, CCO will become good-will ambassadors of the city improving its image by being well dressed, courteous, serviceable and giving tourists information about the best nearest restaurants, hotels, parks or movies theatres, or helping an old lady carry her heavy bags, or a blind man to cross the street…

## UNDERCOVER CCO NETWORKS

After the CCO Network functioned well, CCO may also be better trained, coordinated and diversified to neutralize more sophisticated and dangerous illegal activities such as terrorism, organized crimes, prostitution rings, tax evasion, frauds and conspiracies committed by big businesses, national banks, accounting firms, stock and securities exchange companies, car, airplane, food, pharmaceutical businesses, political organizations, or, briefly, all types of violation of the law in every field where rules of law are required to lead and protect life.

These high-scaled CCO may be registered with the City and work undercover as regular employees or members of organizations that are suspected of covert serious crimes, frauds or conspiracies. As such the CCO Network is the unique efficient tool to keep every activity in human communities transparent and under public control. Indeed, no one would be able to defraud the legislator at any significant level by working absolutely alone. Not the cannabis growers or drug dealers or copyright violators, intellectual property infringers, cocaine vendors, counterfeited product manufacturers… As long as the would-be criminals need to act with or live close to another person, they would not be safe from having their unlawful activities detected and documented by undercover CCO and probably taken to court for prosecution purpose. Even the presence of a janitor may discourage a judge from taking bribe in her chambers…

This way no criminal will be safe but the community will. Even national secrets or conspiracies against other nations or the international community as a whole may be timely detected and defeated. The whole world will be protected from secret unlawful activities at all levels, while millions of exciting jobs created, and trillions of dollars saved, deservedly

earned and well spent every day all over the world. That's the main goal of the DMT CCO Network.

# PRIVATE DMT-CCO NETWORKS

CCO Networks do not have to be only created by public laws. They may be created and owned by private businesses under civil and contract law. One or several health insurance companies, for example, may own a private CCO Network to combat widespread insurance frauds committed by doctors and other healthcare practitioners. Every time a doctor is convicted of fraud based on her testimony, the CCO will be paid an amount that may be equal to the doctor's yearly earning, for instance, by the insurance companies' funds set aside for this purpose. Since any patient may be an undercover CCO, most doctors would be discouraged from practicing fictitious billing for services not actually rendered… As such, private CCO would effectively assist insurance investigators to combat medical frauds that cost the U.S. billions annually.

Similarly, private CCO Networks are unique tools to effectively stop or prevent such difficult and pervasive unlawful activities to identify and combat as industrial espionage, anti-trust law violation, or corruption by public servants, including judges, legislators, government officials, or even high-paid private employees, or sport players suspected of using steroids or controlled substances...

# DMT-CCO WORK ETHICS

The main work ethics of DMT-CCO are the same as those of all world citizens: RPR in AR. First "R" = Reliability (meaning, keep one's word, no fraud or cheating) - "P" = Productivity (meaning, create useful products and services) - Second "R" = Respectability (meaning, respect Life, Property and Freedom) "in AR" = in "Absolute Relativity" (meaning, Liberty, Good Faith, Reasonability, Balance and Creativity)

# COPYRIGHT & CREDIT

Everybody belongs to a human community that is part of the Human Collective Brain (HCB) being composed of all humankind, which is part of the Universal Collective Brain [UCB] *(See, The Best Is Yet to Come)*. The DMT-CCO Network is in substance fundamental software of, by and for the HCB, helping it to healthily control the evolution of the human race to a predictable brighter future. The DMT-CCO Principles may be used by any legislator with all kind of adaptation by giving proper credit to its author, Mac Truong, Ph.D., J.S.D., who needs the credit due this brilliant and unique idea, because it would help establish his credentials to propose much much greater innovative plans to truly advance the whole world to the next level of civilization. Private businesses should consult with DMT and their attorneys prior to creating and owning or participating in a private DMT- CCO Network.

© DMT Dr. Mac Truong 2012

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |
|---|---|
| Dmt MacTruong, *et al.,*<br>            Plaintiffs, | ACTION CIV No. |
|  | JUDGE: |
| -AGAINST- |  |
| Eric Holcomb, *et al.*<br>            Defendants |  |

# AFFIRMATION OF SERVICE

I, Dmt MacTruong, affirm under the penalty of perjury as follows:

On August 30 2022, I served by Hand Delivery and/or by U.S. Certified Priority Mail with Delivery Tracking, and/or by regular mail or emails the true copies of the within document(s):

**(1) SUMMONS IN A CIVIL ACTION & (2) COMPLAINT, and**
**(3) PLAINTIFF MACTRUONG's**
**IN FORMA PAUPERIS APPLICATION**
and their supporting documents, and
**(4) PLAINTIFF MACTRUONG's**
**MOTION FOR SUMMARY JUDGMENT AND FOR**
**IMMEDIATE INJUNCTIVE RELIEF**
and their supporting documents, and
**(5) PROPOSED ORDERS**

**upon the following parties and/or individuals and/or entities:**

# *DEFENDANTS:*

**Indiana Gov. Eric Holcomb,**
**200 W. Washington St., Rm. 206,**
**Indianapolis, IN 46204**

**Senator Rodric Bray,**
**200 W. Washington St.**
**Indianapolis, IN 46204**

Speaker Todd Huston,
IN House of Representatives
200 W. Washington St.
Indianapolis, IN 46204.

Lt Gov. Suzanne Crouch,
Office of the Lt. Governor
200 West Washington Street, #333
Indianapolis, Indiana 46204-2797

Rep. John Young,
IN House of Representatives
200 W. Washington St.
Indianapolis, IN 46204.

Todd Rokita, Ohio AG
Office of the Indiana Atty Gen.
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Donald J. Trump,
Trump Tower
725 5th Ave,
New York, NY 10022

Virginia Thomas,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Amy Coney Barrett,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Neil M. Gorsuch,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Brett Kavanaugh,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Samuel Alito,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Justice Clarence Thomas,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Chief Justice John Roberts,
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

## *PLAINTIFFS:*

Dmt MacTruong
875 Bergen Avenue,
Jersey City, NJ 07306

NARAL Pro-Choice America,
1725 Eye Street NW, Suite 900
Washington, DC 20006

ACLU of Indiana
1031 East Washington Street
Indianapolis, IN 46202

Dave Ricks, CEO
Lilly Corporate Center,
Indianapolis, Indiana, 46285

Dr. Caitlin Bernard,
IU School of Medicine
340 West 10th Street
Fairbanks Hall, Ste 6200
Indianapolis, IN 46202-3082

Rep. Phil GiaQuinta,
Kyle Donohue, Executive Assistant
200 W Washington St.
Indianapolis, IN 46204

Senator Eddie D. Melton,
C/o Ethan Hudson
200 W. Washington St.
Indianapolis, IN 46204

Prof. Jennifer Drobac,
McKinney School of Law
340 W. Michigan Street,
Indianapolis. IN 46202

Rep. Ann Vermilion,
Indiana House of Representatives
200 W. Washington St.
Indianapolis, IN 46204.

Rep. John Jacob,
Indiana House of Representatives
200 W. Washington St.
Indianapolis, IN 46204.

Analyst Elizabeth Nash,
Guttmacher Institute,
125 Maiden Lane, 7th Floor
New York, NY 10038

President Joe Biden,
The White House,
1600 Pennsylvania Avenue, N.W.,
Washington, DC 20500.

Vice Pres. Kamala Harris,
The White House,
Office of the Vice President,
1600 Pennsylvania Avenue, N.W.,
Washington, DC 20500.

Dated:   30th Day of August, 2022

Speaker Nancy Pelosi,
1236 Longworth H.O.B.
Washington, DC 20515.

Rudy Giuliani,
C/o Partners LLC,
5 Times Square,
New York, NY 10036,

Michael R. Pence,
Fr U.S. Vice President
4750 North Meridian Str.
Indianapolis, IN 46208

Rep. Liz Cheney,
416 Cannon House Office Building
Washington, DC, 20515-5000.

Rep. Adam Kinzinger,
2245 Rayburn House Office Building,
Washington DC 20515-1316,

Sarah Palin,
1140 W Parks Hwy,
Wasilla, AK 99654.

Mackenzie Scott,
208 Wells Rd,
Newport News, VA 23602

George Soros,
888 7th Ave. #330,
New York, NY 10106

Rep. Jerry Nadler,
201 Varick Street
New York, NY 10014

Rep. Carolyn Malone,
31-19 Newtown Ave.,
Astoria, NY 11102

Dmt MacTruong, Plaintiff pro se
875 Bergen Avenue
Jersey City, NJ 07306
(914) 215-2304